# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Lubbock Division

HONORABLE: D. GORDON BRYANT, JR.  PRESIDING

DEPUTY CLERK: DDDAVIS  COURT REPORTER/TAPE NUMBER: DIGITAL

LAW CLERK: N/A  USPO: Paul Michael Lucero

INTERPRETER: N/A  Date: Oct 27, 2017

---

Cr. No. 5:17-CR-78-C-BQ   DEFT. No. 1

UNITED STATES OF AMERICA  
V.  
OSCAR VILLALOBOS GONZALEZ  
Defendant's Name

SEAN LONG, AUSA  
DAVID SLOAN (FPD)  
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/~~REARRAIGNMENT~~

Time in Court: 10:58-11:02 (4 min)

Trial Status:
- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
- [ ] Mistrial
- [ ] Settled/Guilty
- [x] None

Days in Trial:

Hearing Concluded: [x] Yes  [ ] No

- [ ] Defendant SWORN.
- [x] Arraignment  [ ] Rearraignment - Held on count(s) 1 & 2
- of the 2 count(s)  [x] Indictment  [ ] Information  [ ] Superseding Indictment  [ ] Complaint
- [ ] Sentencing Guidelines  [ ] Superseding Information
- [x] Deft enters a plea of  [x] Not Guilty  [ ] Guilty  [ ] Nolo
- [ ] Waiver of Jury Trial
- [ ] Waiver of Indictment filed
- [ ] Plea Agreement accepted  [ ] Court defers acceptance of Plea Agreement
- [ ] Plea Agreement filed (see agreement for details)  [ ] No Plea Agreement
- [ ] Plea Agreement included with Factual Resume.
- [ ] Factual Resume filed.
- [ ] Sentencing set  Date:  Time:
- [x] Trial set for  Date: Dec 4, 2017  Time:
  Pretrial motions due:  Discovery motions/Government Responses due:
- [ ] Orders for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed.  PSI due:  Pre-sentence Referral Form to:
- [ ] Deft Bond  [ ] Set  [ ] reduced to $  [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond  [ ] continued  [ ] forfeited
- [x] Deft Custody/Detention continued.
- [x] Deft REMANDED to custody.

OTHER PROCEEDINGS: Indictment filed 9/13/17. Penalties read. Case will be set for Trial before the District Judge.