IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 5:17-CR-078-01-C |
| | ) ECF |
| OSCAR VILLALOBOS GONZALEZ | ) |

## SCHEDULING ORDER FOR SENTENCING

The Presentence Report has been disclosed by the Probation Office.

Written objections to the Presentence Report or a written statement adopting the findings of the Presentence Report must be delivered by the parties to the Probation Officer, to the Court, and to each other by or before noon, February 9, 2018.

If written objections to the Presentence Report have been timely disclosed, the Probation Office must disclose any addendum to the Presentence Report by or before noon, February 16, 2018.

Sentencing will be at 10:00 a.m., Friday, March 2, 2018, in the United States District Court, Lubbock, Texas.

SO ORDERED.

Dated January 30, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE